# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Myranda R Lingham <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 13-20551 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio as servicer, U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 and index same on the master mailing list.

Re: Loan # Ending In: 9860

    Respectfully submitted,

    **/s/Joshua I. Goldman, Esquire**
    Joshua I. Goldman, Esquire
    Thomas Puleo, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 825-6306  FAX (215) 825-6406