United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-20551-elf
Myranda R Lingham                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW          Page 1 of 1          Date Rcvd: Sep 29, 2016
                            Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db            +Myranda R Lingham,    2323 Tasker Street,    Philadelphia, PA 19145-1330
13203744      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield, MI 48034-8331
13203342      +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Myranda R Lingham dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of    U.S. Bank National Association, as indenture trustee, for
               the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                  TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: MYRANDA R. LINGHAM | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | CASE NO. 13-20551 (ELF) |
| **Moving Party** | ) | |
| | ) | HEARING DATE: **9-29-16 at 10:00 AM** |
| v. | ) | |
| | ) | |
| MYRANDA R. LINGHAM | ) | 11 U.S.C. 362 |
| **Respondent(s)** | ) | |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |
| | ) | |
| | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

    Upon the motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2003 Jeep Grand Cherokee** bearing vehicle identification number 1J4GW48S43C519544 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    **It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

    **Order entered by default.**

Dated:  9/29/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**