**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Myranda R Lingham  
        <u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 13-20551 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9860

                              Respectfully submitted,

                              <u>**/s/Thomas Puleo, Esquire**</u>  
                              Thomas Puleo, Esquire  
                              Brian C. Nicholas, Esquire  
                              KML Law Group, P.C.  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106-1532  
                              (215) 825-6306  FAX (215) 825-6406