United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 13-20551-elf
Myranda R Lingham                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Virginia   Page 1 of 2   Date Rcvd: Jun 07, 2017
                     Form ID: pdf900   Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2017.
```
db            +Myranda R Lingham,    2323 Tasker Street,    Philadelphia, PA 19145-1330
cr            +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                Southfield, MI 48034-8331
cr            +HSBC Mortage Services, Inc,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +HSBC Mortgage Services Inc,    PO Box 9013,    Addison, TX 75001-9013
cr            +HSBC Mortgage Services, Inc.,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
13237783      +ALTAIR OH XIII, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13203340      +Comenity Bank/Lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
13203341      +Convergent,    Po Box 9004,    Renton, WA 98057-9004
13203744      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13203342      +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
13203345      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13281954      +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
13203347      +Hsbc/Mscpi,    Po Box 3425,    Buffalo, NY 14240-3425
13232074       NCEP, LLC, assignee of UNITED DEBT,    HOLDINGS, LLC,    c o Becket and Lee LLP,    POB 3001,
                Malvern, PA 19355-0701
13203351      +Onemain,    Po Box 499,    Hanover, MD 21076-0499
13219387      +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
                ATTN:BANKRUPTCY UNIT
13203353       Penn Medicine,    UPHS Physicians Patient Pay,    PO Box 824406,    Philadelphia, PA 19182-4406
13203354       Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13203355       Philadelphia Revenue Dept.,    P.O. Box 8409,    Philadelphia, PA 19101-8409
13203356      +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
13749772      +U.S. Bank National Association, as inde,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
13203358      +Unv Fidlty,    1445 Langham Creek,    Houston, TX 77084-5012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jun 08 2017 01:26:50     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 08 2017 01:26:28
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 08 2017 01:26:46     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2017 01:21:49     GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13207098       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 08 2017 01:21:51
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK  73126-8941
13301788       E-mail/Text: bankruptcy@phila.gov Jun 08 2017 01:26:50     City of Philadelphia,
                Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13203343      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 08 2017 01:27:06     Credit Coll,
                Po Box 9134,    Needham, MA 02494-9134
13203344      +E-mail/Text: Bankruptcy@FCScollects.com Jun 08 2017 01:27:07     First Collection Svcs,
                10925 Otter Creek Rd E,    Mabelvale, AR 72103-1661
13320146       E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2017 01:21:54     GE Capital Retail Bank,
                Attn: Bankruptcy Department,    PO Box 530912,    Atlanta GA 30353-0912
13214100       E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2017 01:21:54     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13203346      +E-mail/PDF: gecsedi@recoverycorp.com Jun 08 2017 01:21:54     Gecrb/Home Impr Non Li,
                Po Box 6153,    Rapid City, SD 57709-6153
13241670       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 08 2017 01:26:41     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13203348      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 08 2017 01:26:37     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13203350      +E-mail/PDF: AIS.credigy.ebn@americaninfosource.com Jun 08 2017 01:21:51     Ncep Llc,
                3715 Davinci Ct Ste 200,    Norcross, GA 30092-2670
13203352      +E-mail/Text: bankruptcygroup@peco-energy.com Jun 08 2017 01:26:20     Peco Energy,
                2301 Market Street,    Philadelphia, PA 19103-1380
13203357      +E-mail/Text: bankruptcy@rentacenter.com Jun 08 2017 01:27:08     Rent-A-Center,
                330 W. Oregon Avenue,    Philadelphia, PA 19148-4746
13226549       E-mail/Text: appebnmailbox@sprint.com Jun 08 2017 01:26:36     Sprint Corp.,
                Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                              TOTAL: 17
```

```
District/off: 0313-2          User: Virginia             Page 2 of 2                  Date Rcvd: Jun 07, 2017
                              Form ID: pdf900            Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13203349         Midlandmcm
cr            ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,   3815 South West Temple,
               Salt Lake City, UT 84115-4412
                                                                                    TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2017 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Myranda R Lingham dmo160west@gmail.com, davidoffenecf@gmail.com
      DENISE ELIZABETH CARLON    on behalf of    U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of    U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      THOMAS I. PULEO    on behalf of    U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-1, Mortgage-Backed Notes, Series 2016-1 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                                           TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MYRANDA R LINGHAM           Chapter 13

        Debtor           Bankruptcy No. 13-20551-ELF

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: June 7, 2017**     _____
                                 Eric L. Frank
                                 ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
MYRANDA R LINGHAM

2323 TASKER STREET

PHILADELPHIA, PA 19145